IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LON L. STONE, by and through CHERYL STONE as appointed Personal Representative, DARIUS HUNT, and ALEXANDER S. PAON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INNOVATIVE PRODUCT ACHIEVEMENTS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 1:12-cv-01640-MHS<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving Settlement and Release Agreement [Doc. 50]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") [Doc. 50-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and

costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiffs all payments within fourteen (14) calendar days of the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice. The Clerk is hereby **DIRECTED** to administratively close this case, which shall be subject to reopening for the purpose of settlement enforcement actions pursuant to the terms of the Agreement. Fees and costs shall be paid to Plaintiffs' counsel as set forth in the Agreement.

**SO ORDERED** this \_\_ day of June, 2013.

_____
The Honorable Marvin H. Shoob
Judge, United States District Court

CONSENTED TO this 4th day of June, 2013.

Counsel for Plaintiffs:            Counsel for Defendant:


<u>/s/ C. Andrew Head</u>                <u>/s/ L. Dale Owens</u>
Georgia Bar No. 341472              L. Dale Owens
Attorneys for Plaintiffs            Georgia Bar No. 557482
Fried & Bonder, LLC                 Justin R. Barnes
White Provision, Ste. 305           Georgia Bar No. 105220
1170 Howell Mill Rd, NW             Attorneys for Defendant
Atlanta, Georgia 30318              JACKSON LEWIS LLP
(404) 995-8808                      1155 Peachtree St N.E. Ste 1000
(404) 995-8899(facsimile)           Atlanta, Georgia 30309
Email: ahead@friedbonder.com        (404) 525-8200
                                    (404) 525-1173 (fax)
                                    Email: owensd@jacksonlewis.com